KELSEY v. THE CITY OF DETROIT.

## Joshua W. Kelsey v. The City of Detroit.

Under the ordinances of the city of Detroit, the collector for 1855-6 was not entitled to collect from the city a percentage for his fees on that portion of the taxes returned uncollected. He was only entitled to charge the percentage on the moneys actually collected by him.

*Heard October 21st.   Decided October 22d.*

Case reserved from Wayne Circuit.

MANNING J. delivered the opinion of the court, holding the true construction of the city ordinance to give the collector's percentage on such moneys only as were actually collected by him. The collector's fees form no part of the assessment, nor are they made a part of the cost and charges for which the lands, on being returned, may be sold by the city treasurer.

*Backus & Harbaugh*, for plaintiff.

*J. Logan Chipman*, for defendant.